IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD STALEY,<br><br>　　　　　　　　Plaintiff<br>　　VS.<br><br>JAMES DONALD, *et al.*,<br><br>　　　　　　　　Defendants | NO. 5:05-CV-188 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER AND RECOMMENDATION

Defendants herein have filed a number of motions to extend the discovery period in the above-styled action. Tabs #25, #38, and #39. The plaintiff has not responded to the defendants' motions. These motions are PARTIALLY GRANTED to the extent that discovery shall be REOPENED for a period of THIRTY (30) DAYS from the date of this order, and the date for filing any dispositive motions shall be extended THIRTY (30) DAYS beyond the close of the discovery period.

Additionally, still shown as pending on the docket are a Motion for Temporary Restraining Order and an Amendment to that motion. Tabs #44 and #46. Those motions have been MOOTED by a change in prison policy (*see* Tabs #56 and #57) and should be **DENIED**. IT IS SO RECOMMENDED.

Pursuant to 28 U.S.C. §636(b)(1), the parties may file written objections to this RECOMMENDATION with the Clerk of court directed to the district judge assigned to this case, **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO ORDERED AND RECOMMENDED, this 3rd day of AUGUST, 2007.



　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE