IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD STALEY,

                Plaintiff

VS.

JAMES DONALD, *et al.*,

                Defendants

NO. 5:05-CV-188 (CAR)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

**O R D E R**

On March 21, 2008, the undersigned issued an order in the above-styled case which included a direction that the parties advise the court of any non-compliance with the Court's discovery order dated July 11, 2007. Tab #87. On March 28, 2008, plaintiff EDWARD STALEY filed a motion for extension of time to file a response to the March 21st order,[1] and on April 2, 2008, he filed a response. Tabs #90 and #91. In his response, plaintiff Staley cites to two problems.

<u>First</u>, Staley asserts that the defendants have failed to respond to some of his discovery requests, alleging that Staley has exceeded the permissible limits on discovery requests. Staley argues that some of what the defendants are calling "new" discovery requests are, in fact, simply repeated requests for information that he had previously asked for, but the defendants refused to provide. Staley further argues that another of what the defendants consider a new request was actually a Rule 37 letter.

The defendants are DIRECTED WITHIN TEN (10) DAYS to respond to the plaintiff's arguments regarding this miscommunication.

Staley's <u>second contention</u> is that the defendants did not adequately comply with the Court's July 11, 2007 order as to the disciplinary report that was made regarding plaintiff's alleged assaulter. The July 11th order mandated that the defendants "provide the plaintiff with the information he requested <u>OR</u> provide the court with a better explanation as to how giving the plaintiff that information could compromise security." Tab #54 at 4. Staley claims that the defendants have provided him with a "disciplinary worksheet" but not the complete "disciplinary report."

---

[1] The plaintiff's March 28th motion is GRANTED to the extent that it seeks an extension of time to respond to the March 21st order.

Because the defendants failed to respond to the court an explanation of how providing information related to the disciplinary action taken against the plaintiff's alleged assaulter would result in a security risk, they are **again** ORDERED WITHIN TEN (10) DAYS to provide Staley with ALL reports of disciplinary action taken against the alleged assaulter with respect to any incident that may be at issue in this case.

SO ORDERED this 8th day of APRIL, 2008.



                                             CLAUDE W. HICKS, JR.
                                             UNITED STATES MAGISTRATE JUDGE