IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD STALEY,

    Plaintiff

VS.

JAMES DONALD, *et al.*,

    Defendants

NO. 5:05-CV-188 (CAR)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

**O R D E R**

After a review of the documents involved in the discovery disputes in this case, the undersigned agrees with the defendants that what the plaintiff wishes to be interpreted as a Local Rule 37 letter was, in fact, a request for additional discovery. Although it appears that the plaintiff *meant* for that letter to clarify his previous interrogatories, he is not permitted to continue filing interrogatories and subparts to interrogatories until he gets all of the information he desires.

Accordingly, the defendants were correct in not providing any more responses to the plaintiff than they have. **DISCOVERY IS THEREFORE CLOSED.**

This case has been pending for nearly **THREE YEARS.** In order to bring a resolution as quickly as possible, motions for summary judgment shall be electronically filed — or, for those not using electronic filing, placed in the U. S. Mail — no later than **Tuesday, June 2, 2008**. If any party does not intend to file such a motion, he shall advise the court **WITHIN FIVE (5) DAYS** of receipt of this order, and this matter will be scheduled for trial.

SO ORDERED this 15th day of MAY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE