IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD STALEY,

                Plaintiff

     VS.

JAMES DONALD, *et al.*,

                Defendants

NO. 5:05-CV-188 (CAR)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## O R D E R

Upon consideration of plaintiff EDWARD STALEY's motion (Tab #113) requesting an extension of time within which to file a response to defendant Donald and Head's MOTION FOR SUMMARY JUDGMENT (Tab #104) and complaining about his not receiving a copy of his deposition, the undersigned notes that counsel for the defendants has stated that a copy of plaintiff's deposition has only recently been provided to plaintiff. Tab #115. Accordingly, plaintiff's request for an extension is GRANTED to the extent that IT ORDERED AND DIRECTED that plaintiff shall have until **July 21, 2008**, to file his response to defendants' motion.

In his motion filed at Tab #113, plaintiff STALEY also requests appointment of counsel. Said motion is DENIED. Plaintiff has demonstrated that he is perfectly competent to prosecute his complaint(s) without the assistance of legal counsel.

Finally, in his motion filed June 18, 2008, plaintiff STALEY requests an investigation of circumstances surrounding the taking of his deposition by counsel for the defendants. Defendants shall have TEN (10) DAYS from the date of this order to submit a response to that portion of plaintiff's motion (Tab #116) requesting an investigation.

SO ORDERED AND DIRECTED, this 20th day of JUNE, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE