IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD STALEY,

    Plaintiff

VS.

JAMES DONALD, *et al.*,

    Defendants

NO. 5:05-CV-188 (CAR)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

**O R D E R**

Plaintiff EDWARD STALEY has filed a MOTION FOR RECONSIDERATION of the court's TEXT ONLY order of June 23, 2008 (Tab #119) which granted defendant Latoya King's MOTION FOR LEAVE TO FILE OUT OF TIME SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT (Tab #118). **Tab #128.** Plaintiff seems to be under the impression that the court's order was entered by the Clerk and not by a judge of the court. This impression is incorrect: since the implementation of electronic filing, TEXT ONLY order have been permitted. The order entered at Tab #119 was, in fact, entered and docketed by the undersigned upon a determination that permitting defendant Latoya King to join in the motion seeking summary judgment previously filed by defendants Donald and Head would be in the interest of judicial efficiency; that is, it would allow the court to consider all requests for summary judgment together and would not require the separate filing of a motion by defendant King. In granting defendant King's motion, the undersigned very clearly permitted plaintiff additional time to respond thereto.

Accordingly, the relief sought in plaintiff's MOTION FOR RECONSIDERATION is **DENIED**.

In addition, upon consideration of plaintiff's MOTION FOR INVESTIGATION (Tab #116); MOTION TO COMPEL AND STRIKE (Tab #122) and AMENDED MOTION (Tab #127); and defendants' response thereto (Tab #125) and response to the court's order of June 30, 2008 (Tab #126) submitted at Tab #130, plaintiff motions (Tabs #116, #122, and #127) are **DENIED.**

SO ORDERED AND DIRECTED, this 2nd day of JULY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE