**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| EDWARD STALEY, | : | |
| Plaintiff | : | |
| VS. | : | |
| JAMES DONALD, *et al.*, | : | NO. 5:05-cv-188 (CAR) |
| Defendants | : | **O R D E R** |

Before the Court is plaintiff **EDWARD STALEY'S** motion to review the Clerk of Court's taxation of costs. On May 26, 2009, the Clerk taxed $531.50 in court reporter fees and $209.25 in copy costs. Plaintiff's sole objection is to the copy costs, which plaintiff claims are excessive. According to plaintiff, he was charged for a number of copies of pleadings and correspondence that he never received, he was charged for excessive pages, and he was charged for copies associated with erroneous filings by the defendants. Plaintiff alleges that the correct amount of copy costs taxable to him is $71.25.

Section 1920(4) authorizes the taxing of costs for copies. The test of whether the cost of copying documents should be taxed against the losing party is whether the copies were "necessarily obtained for use in the case." ***American Key Corp. v. Cumberland Assocs.***, 102 F.R.D. 496, 499 (N.D. Ga. 1994). Defendants have not responded to plaintiff's motion to review the Clerk's taxation of costs. The Court finds that plaintiff's objections to the copy costs taxable against him are valid. Accordingly, the Court will reduce the amount of copy costs taxable to plaintiff from $209.25 to $71.85. Thus, the total taxable costs are $603.35.

This 14th day of July, 2009.

                                              S/ C. Ashley Royal
                                              C. ASHLEY ROYAL
                                              UNITED STATES DISTRICT JUDGE

cr